IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-242-RMR-STV

**NICOLAS ORLIN;**
**SHAWN MURPHY**

    Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation;**
**DOES 1-5, in their individual capacities and whose names are unknown,**

    Defendants.

## NOTICE OF RELATED CASES

    Pursuant to Local Civil Rule 3.2, Plaintiffs submit this Notice of Related Cases. Plaintiff hereby identifies the following related case as having facts and claims and at least one party in common with the above-captioned matter: *Black Lives Matter 5280 et al v. City and County of Denver et al, 1:20-cv-01878-RBJ.*

    Dated this 12th day of April, 2022.

                                     Respectfully submitted,
                                     BEEM & ISLEY, P.C.

                                     *s/Clifford L. Beem*
                                     Clifford L. Beem
                                     A. Mark Isley
                                     Danielle C. Beem
                                     730 - 17th Street, Suite 850

Denver, Colorado 80202
Ph: 303.894.8100
Fax: 303.894.8200
clbeem@beemlaw.net
amisley@beemlaw.net
dcbeem@beemlaw.net


BAUMGARTNER LAW, L.L.C.

 s/ S. Birk Baumgartner
S. Birk Baumgartner
Sean M. Simeson
Adam R. Yoast
300 E. Hampden Ave., Ste. 401
Englewood, CO 80113
Phone: (303) 529-3476
Fax: (720) 634.1018
birk@baumgartnerlaw.com
sean@baumgartnerlaw.com
adam@baumgartnerlaw.com

*Counsel for Plaintiffs*


Plaintiffs' Addresses:
c/o Baumgartner Law, LLC
300 E. Hampden Ave., Suite 401
Englewood, CO 80113