# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-242-RMR-STV

**NICHOLAS ORLIN;**
**SHAWN MURPHY**

      Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation;**
**DOES 1-5, in their individual capacities and whose names are unknown,**

      Defendants.

---

## UNOPPOSED MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT

---

Plaintiffs, Nicholas Orlin and Shawn Murphy, by and through undersigned counsel, hereby submit this Motion for Leave to Amend Plaintiffs' Complaint and states as follows:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)

Undersigned hereby certifies that he has conferred with opposing counsel in this matter and that the relief requested herein is unopposed.

1.     Plaintiff filed a Complaint and Jury Demand with this Court on January 27, 2022. The Defendant City filed an answer on March 21, 2022.

2.     Fed R. Civ. P. 15(a)(2) provides that a party may amend its pleading with written consent of the opposing party, or with leave of the court. The Rule further states that the "court should freely give leave" when justice so requires."

3.     Plaintiffs have obtained written consent of counsel for Defendant, City and County of Denver, to amend the Complaint to add the City of Aurora, increase the number of potential Doe Defendants ("Defendant Officers"), supplement the factual allegations against the City and County of Denver, and make a few minor corrections (including the spelling of Plaintiff Orlin's first name in the caption).

4.     The deadline for joinder and amendment of pleadings is July 5, 2022. Therefore, this motion is not untimely or otherwise prejudicial.

5.     Plaintiffs wish to amend their complaint to add the City of Aurora, currently unidentified officers of the Aurora Police Department among the Doe Defendants, and to provide greater factual enhancement to all of the claims set forth in the Complaint.

6.     Pursuant to D.C.COLO.LCiv.R. 15(b), a party who files a motion for leave to amend under Fed. R. Civ P. 15(a)(2) must file as an exhibit a copy of the proposed amended pleading that strikes through the text to be deleted and underlines the text to be added.

7.     Plaintiffs respectfully submit the current motion along with a copy of the strike through

and underlined proposed Amended Complaint, labeled as **Exhibit 1**.

8. A "clean" copy of the Amended Complaint is filed contemporaneously herewith.

WHEREFORE, Plaintiffs, Nicholas Orlin and Shawn Murphy, respectfully request that this Court grant Plaintiffs' Motion for Leave to Amend the Complaint, accept the First Amended Complaint for filing, and grant such other and further relief as the Court deems proper and just.

Dated this 27th day of May 2022.

Respectfully submitted,
BAUMGARTNER LAW, LLC


 *s/ S. Birk Baumgartner*
S. Birk Baumgartner, #47829
Sean M. Simeson, #47675
300 E. Hampden Ave, Ste. 401
Englewood, CO 80013
Phone: (720) 626-9418
Email: birk@baumgartnerlaw.com
Email: sean@baumgartnerlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Sara L. Cook
Gordon Vaughn
Vaughan & DeMuro
*Attorneys for Defendant*

     *s/ Carly C. Kelley*
     Carly C. Kelley