**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Nicholas Orlin and
Shawn Murphy
     Plaintiffs,

                                                                                        Case No. 1:22-cv-00242-WPJ

v.

The City and County of Denver and
City of Aurora,
     Defendant.

**ORDER SETTING ZOOM STATUS CONFERENCE**

       The Court will conduct a status conference with counsel of record in this case. The Status Conference will be held November 2, 2022, beginning at 10:00 a.m (Mountain Time). This status conference will be conducted via Zoom video conference. All parties are instructed to log into the Zoom conference at 9:45a.m. to check in prior to the hearing beginning at 10:00a.m.

Topic: 22cv242 CO Status Conference
Time: Nov 2, 2022 10:00 AM Mountain Time (US and Canada)

Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1606661329?pwd=N1ViUi9ENDUyOEg5aTdiYjVuQUlZQT09

Meeting ID: 160 666 1329
Passcode: 1212
One tap mobile
+16692545252,,1606661329#,,,,*1212# US (San Jose)
+16468287666,,1606661329#,,,,*1212# US (New York)

Dial by your location
      +1 669 254 5252 US (San Jose)
      +1 646 828 7666 US (New York)
Meeting ID: 160 666 1329
Passcode: 1212
Find your local number: https://nmd-uscourts.zoomgov.com/u/atl9vzklT

Join by SIP
1606661329@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 666 1329
Passcode: 1212

**If the parties have any questions, please contact Ashley Kittrell, 505-348-2331.**

      **IT IS SO ORDERED.**

_____
**WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**