IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-242-WPJ

**NICHOLAS ORLIN;**
**SHAWN MURPHY**

Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, et al.,**

Defendants.

## MOTION TO WITHDRAW

COMES NOW, undersigned counsel for Plaintiffs in the above captioned matter, hereby moves the Court for an Order allowing withdrawal of Adam R. Yoast as counsel of record:

1. Certificate Pursuant to D.C.Colo.LCivR.7.1: Because this motion is brought pursuant to D.C.COLO.LAtty5(b), conferral is not required. *See* D.C.COLO.LAttyR 5.

2. Mr. Yoast is no longer employed by Baumgartner Law, LLC.

3. S. Birk Baumgartner of Baumgartner Law, LLC, will continue to represent Plaintiffs.

4. Plaintiffs have received notification of the proposed withdrawal.

5. Because of the continuous representation, Mr. Yoast did not notify Plaintiffs that they are responsible for complying with all court orders and time limitations, nor that they are required to obtain legal counsel, as would otherwise be required by D.C.Colo.LAttR5(b).

6.      Given that the Plaintiffs have had, and will continue to have, official representation by the Baumgartner Law, LLC, no parties will be prejudiced by the withdrawal of Mr. Yoast and no delay will be caused by the Court's granting of the relief sought herein.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit Mr. Yoast's withdrawal as counsel for Plaintiffs.

Dated this 12th day of April, 2023.

                          Respectfully submitted,
                          BAUMGARTNER LAW, L.L.C.
*Original signature on file at Baumgartner Law, L.L.C.*

                         *s/ S. Birk Baumgartner*
                          S. Birk Baumgartner
                          Baumgartner Law, LLC
                          730 17th Street – Suite 340
                          Denver, CO 80202
                          Phone: (303) 529-3476
                          Fax:    (720) 634-1018
                          Birk@baumgartnerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Gordon L. Vaughan
Sara L. Cook
Vaughan & DeMuro
*Attorneys for Defendant Denver*

Peter Ruben Morales
Aurora City Attorney's Office
*Attorneys for Defendant Aurora*

David M. Goddard
Michael T. Lowe
Bruno, Colin & Lowe, PC
*Attorneys for Defendant Officers*

                 *s/ Rachael Wallace*
                 Rachael Wallace