## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-242-WPJ-JFR

**NICHOLAS ORLIN;**
**SHAWN MURPHY**

Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, et al.,**

　　Defendants.

### UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

　　Plaintiffs, by and through their counsel of record, respectfully submit this Unopposed Motion to Modify Case Management Deadlines, and as grounds, state as follows:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(a)

　　Counsel for Plaintiffs has conferred with counsel for the Defendants regarding this requested extension of deadlines, and counsel for the Defendants are not opposed to this request.

　　1.　　The reason for this request is that Plaintiffs' law enforcement expert, who will be retained to prepare a written report pursuant to Fed. R. Civ. P. 26(a)(2)(B), is not currently available and cannot be available to prepare the report on or before the current deadline of July 25, 2023, for Plaintiffs' Expert Disclosures.

　　2.　　Pursuant to the Court's Scheduling Order [ECF 92, p. 3], modifications of case management deadlines require a showing of good cause.

3. The expert whom Plaintiffs plan to retain to prepare a report in this matter, is familiar with the overall history and background of the George Floyd Protests ("GFP") in Denver, Colorado, during the relevant time period. In fact, this expert has previously prepared reports for other similar cases that arose out of these protests.

4. Plaintiffs' counsel recently contacted the expert to advise him about this case and the deadline for disclosing the report and to determine his availability. The expert is able and willing to prepare a report, but he is not able meet the July 25, 2023 deadline because of his extensive involvement in a trial in another matter during the month of June 2023. After the trial, he has pre-arranged travel and summer family plans that will make him unavailable during the month of July 2023. The expert, however, has indicated that he should be able to prepare a report for this case within 30 days after the current deadline.

5. Even though using this expert will require a corresponding modification of all subsequent case management deadlines, his previous familiarity with the GFP in Denver will promote overall efficiency in terms of time and costs.

6. In the experience of Plaintiffs' counsel, this type of expert is difficult to find. Another expert having background familiarity with the Denver protests whom Plaintiffs' counsel had previously contacted is no longer available because of personal health matters. If Plaintiffs' counsel is forced to scour the country for other such experts and bring the expert up to speed on this case, specifically considering the large volume of video and documentary background information, it is still likely that the expert would require more time beyond the current deadline.

7. Therefore, Plaintiffs request a modification of the current case management deadlines to extend them by approximately 30 days as follows:

- Plaintiffs' Rule 26(a)(2) expert disclosure:   August 25, 2023
- Defendants' Rule 26(a)(2) expert disclosure:   September 25, 2023
- Rebuttal expert disclosures:   October 25, 2023
- Written discovery deadline:   October 6, 2023
- Termination date for discovery:   November 20, 2023
- Motions relating to discovery:   January 8, 2024
- Pretrial motions other than discovery motions   January 22, 2024

8. The requested 30-day extensions of these case management deadlines are not unreasonable, and because they apply uniformly to all parties, there is no prejudice.

9. Plaintiffs' counsel has made this request as soon as possible upon their discovery of the issue and reasonable conferral with opposing counsel.

10. This request does not interfere with ongoing discovery.

11. No trial date has been scheduled and thus is not compromised by the request.

12. This is the first such request by any party since the entry of the current Scheduling Order.

13. Furthermore, the parties do not believe that this request will impact the settlement conference that is currently scheduled with Magistrate Robbenhaar on Wednesday, October 11, 2023.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion to modify case management deadlines as set forth above and grant such other and further relief as the Court deems proper and just.

3

Dated this 16th day of May, 2023.

                        Respectfully submitted,
                        BAUMGARTNER LAW, L.L.C.

                        *s/ S. Birk Baumgartner*
                        S. Birk Baumgartner
                        Baumgartner Law, LLC
                        730 17th Street – Suite 340
                        Denver, CO 80202
                        Phone: (303) 529-3476
                        Fax:    (720) 634-1018
                        Birk@baumgartnerlaw.com


                        BEEM & ISLEY, P.C.

                        *s/ A. Mark Isley*
                        Clifford L. Beem
                        A. Mark Isley
                        Danielle C. Beem
                        730 17th St., Ste. 850
                        Denver, CO 80202
                        Phone: (303) 894-8100
                        Fax: (303) 894-8200
                        clbeem@beemlaw.net
                        amisley@beemlaw.net
                        dcbeem@beemlaw.net

                        *Original signatures on file at counsel's office*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Gordon L. Vaughan
Sara L. Cook
Vaughan & DeMuro
gvaughan@vaughanandemuro.com
scook@vaughanandemuro.com
*Attorneys for Defendant Denver*

Peter Ruben Morales
Aurora City Attorney's Office
pmorales@auroragov.org
*Attorneys for Defendant Aurora*

David M. Goddard
Michael T. Lowe
Bruno, Colin & Lowe, PC
mlowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendant Officers*

                                               *s/Dee L. Farris*
                                               Dee L. Farris