IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**NICHOLAS ORLIN AND SHAWN MURPHY,**

    **Plaintiffs,**

    v.                                                                              Civ. No. 22-242 WPJ/JFR

**THE CITY AND COUNTY OF DENVER et al.,**

    **Defendants.**

### ORDER SETTING STATUS CONFERNECE

**THE PARTIES ARE HEREBY NOTIFIED** that the Court will conduct a telephonic status conference on Monday, August 14, 2023, at 10:30 a.m.  Counsel will call Judge Robbenhaar's AT&T Teleconference Line at (888) 363-4735, Access Code 2387395, to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
United States Magistrate Judge