IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**NICHOLAS ORLIN AND SHAWN MURPHY,**

    Plaintiffs,

v.     Civ. No. 22-242 WPJ/JFR

**THE CITY AND COUNTY OF DENVER et al.,**

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THE PARTIES ARE HEREBY NOTIFIED** that the Court will conduct a telephonic status conference on Thursday, January 4, 2024, at 1:30 p.m., to discuss re-scheduling Settlement and Pre-Settlement Conferences. Counsel will call Judge Robbenhaar's AT&T Teleconference Line at (888) 363-4735, Access Code 2387395, to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
United States Magistrate Judge