## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**NICHOLAS ORLIN AND**
**SHAWN MURPHY,**

      **Plaintiffs,**

     **v.**                                                 **Civ. No. 22-242 WPJ/JFR**

**THE CITY AND COUNTY OF DENVER et al.,**

      **Defendants.**


## ORDER REGARDING SETTLEMENT CONFERENCE

      The Court and the parties will re-convene for a settlement conference in accordance with the provisions of the Federal Rules of Civil Procedure 16(a)(5) on **Friday, June 7, 2024**, beginning at **9:00 a.m.**  The Court will hold the upcoming settlement conference *via* Zoom.[1] Instructions and an invitation to the Zoom meeting will be sent to the parties in the days preceding the settlement conference.  Counsel are responsible for ensuring that each of their settlement conference participants have the information necessary to participate in the settlement conference by Zoom. The Court asks that all settlement conference participants log in to the Zoom conference fifteen minutes prior to the starting time in case there are any technical issues that need to be addressed prior to the conference.

      The Court has set aside four (4) hours for this settlement conference.  However, the Court expects the participants to keep their schedules open the entire day of the conference should the Court deem it necessary to continue negotiations.  **Motions to reschedule the settlement**

---

[1] **REMINDER:  Recording or broadcasting of this conference is strictly prohibited.**

conference must be filed <u>no later than Friday, May 24, 2024.</u>  Motions to reschedule the settlement conference filed after this date may be considered untimely in the Court's discretion.

All parties must appear in person for the settlement conference.  All corporate or governmental entities shall appear by a representative **with full and final authority** to discuss and enter into a binding settlement (this requirement cannot be satisfied by hiring a local representative if the appropriate representative resides in another state).

In the days immediately preceding the settlement conference, if either party believes that negotiation attempts would not be fruitful at the time set for the conference for any reason (e.g., insufficient discovery or a need to wait on the resolution of a dispositive motion), the parties should contact chambers to schedule a status conference to discuss the concern.

**IT IS SO ORDERED.**

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**